**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN VASQUEZ<br><br>                    Plaintiff,<br><br>vs.<br><br>HRS PROPERTY MANAGEMENT, LLC; ELITE WORKSHOP, INC.; HOUSTON DURAND<br><br>                    Defendants. | Case No. 2:23-CV-01568-MCE-KJN<br><br>**ORDER** |

The Court, having read and considered the parties stipulated request to set aside defaults entered by the Clerk of the Court as to Defendants HRS PROPERTY MANAGEMENT, LLC; ELITE WORKSHOP, INC.; and HOUSTON DURAND, finds good cause and therefore orders that these Defendants may file Answer(s) to the operative complaint on or before July 19, 2024. Upon timely of an Answer by a Defendant in keeping with this Order, the Court will issue an order setting aside the default against that Defendant and deeming the Answer timely filed.

   IT IS SO ORDERED.

Dated: July 16, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER TO SET ASIDE DEFAULTS